Gary L. Compton, Esq.
Nevada Bar No. 1652
2950 E. Flamingo Rd., Ste. L                E-filed on 12/09/09
Las Vegas, NV 89121
(702) 383-0026
Fax No. (702) 383-5962
Attorney for Wachovia Dealer
Services, Inc., a California
corporation, formerly known as
WFS Financial, Inc.
E-Mail: glc@comptonlaw.org

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | ) | CASE NO. BK-S-09-28624-BAM |
|---|---|---|
| | ) | CHAPTER 13 |
| | ) | |
| ELIDA REVELES, | ) | OBJECTION TO DEBTOR'S |
| | ) | PLAN OF REORGANIZATION |
| | ) | |
| | ) | Hearing Date: 12/22/09 |
| Debtor. | ) | Hearing Time: 1:30 p.m. |
| | ) | |

Wachovia Dealer Services, Inc., a California corporation, formerly known as WFS Financial, Inc., by and through counsel, objects to Debtor's Plan of Reorganization. The basis of this objection is that the plan does not distribute to Wachovia Dealer Services, Inc. the allowed amount of its secured claim, and violates distribution priority.

MEMORANDUM OF POINTS AND AUTHORITIES

I

STATEMENT OF FACTS

Wachovia Dealer Services, Inc. holds a secured interest in a 2005 Nissan Armada, Vehicle Identification No. 5N1AA08A05N720919 (the "vehicle"). The vehicle is collateral for an obligation memorialized by a contract and security agreement. The contract required monthly payments of $699.69 for 72 months at 6.29% annual interest on a

principal balance of $41,763.35. The Debtor owes Wachovia Dealer Services, Inc. a balance of $14,579.33. The proof of claim no. 2-1 was filed on November 18, 2009.

Attached hereto as Exhibit "1" is a true and correct copy of the Kelley Blue Book Auto Market Report Official Guide, for the month of November, 2009. The suggested retail price of the vehicle is $19,050.00. The replacement value is $19,050.00. The secured claim of Wachovia Dealer Services, Inc. is $14,579.33.

## II

### 11 U.S.C. § 506(a) REQUIRES RETAIL REPLACEMENT VALUE

Under 11 U.S.C. §506(a)(2), the allowed claim is that "...price a retail merchant would charge for property of that kind considering the age and condition of the property the time the value is determined." Pursuant to Exhibit "1", this court should value the vehicle at $19,050.00, the replacement value. The fair market interest rate is 6%. The monthly payments need to be $281.86 for 60 months, starting month 1.

## III

### CONCLUSION

Based upon the foregoing, the Court should deny confirmation.

DATED this ___9___ day of December, 2009.

_____
Gary L. Compton, Esq.
Nevada Bar No. 1652
2950 E. Flamingo Rd., Ste. L
Las Vegas, Nevada 89121
Attorney for Wachovia Dealer Services, Inc., a California corporation, formerly known as WFS Financial, Inc.

2

CERTIFICATE OF MAILING OF
OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION

I hereby certify that I am an employee of LAW OFFICE OF GARY L. COMPTON, over the age of 18, and that on this date, pursuant to Bankruptcy Rules 7004 and 7005, I deposited in the United States Mail at Las Vegas, Nevada, a true and correct copy of the Objection to Debtor's Plan of Reorganization enclosed in a sealed envelope upon which first-class postage was fully prepaid addressed to the following:

Elida Reveles
2366 N. Gateway Rd.
Las Vegas, NV 89115

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Ave., #820
Las Vegas, NV 89101

Jorge L. Sanchez, Esq.
Sanchez Law Group
930 S. Fourth St., #211
Las Vegas, NV 89101
Attorney for Debtor

DATED this _____ day of December, 2009.

_____
An employee of GARY L. COMPTON

3

Welcome Back | Sign In | Create Account | My KBB     ZIP Code: 89115     Recently Viewed



Home > Used Cars > 2005 > Nissan > Armada > **SE Sport Utility 4D**

## 2005 Nissan Armada SE Sport Utility 4D

Trade-In Value
Private Party Value
**Suggested Retail Value**
Photo Gallery
Compare Vehicles NEW!
Review
Consumer Ratings
Find Your Next Car
Specifications

BLUE BOOK SUGGESTED RETAIL VALUE  WHAT'S THIS



More Photos

| Condition | Value |
|---|---|
| Excellent | $19,050 |

Suggested Retail Value Assumes Excellent Condition... More

**NEXT STEP:** SEARCH LOCAL LISTINGS

**Shopping Tools**

Free CARFAX Record Check
Auto Loan from 5.49% APR
Get a Free Insurance Quote
Payment Calculator
Extended Warranty Quote

**Free CARFAX Record Check**       Powered by CARFAX

VIN:

No VIN? No Problem!

**BUY A USED CAR**
**On Blue Book Classifieds™**

Nissan
Armada
50 Miles
ZIP Code  89115
**To View Ads, Click**

Average Consumer Rating (234 Reviews)     Read Reviews

⭐⭐⭐⭐⭐ 4.5 out of 5       Review this Vehicle

Similar New Vehicles

2010 Nissan Armada                2010 Toyota Sequoia
        Photos                            Photos

**FIND THE RIGHT CAR**
**Compare Used vs. New**

$15,000 to $20,000
Both New and Used
SUV

**To View List, Click**

**EXHIBIT 1**

http://www.kbb.com/KBB/UsedCars/PricingReport/2005_Nissan_Armada_1379_Retail_...    11/18/2009

VIEW ANOTHER VEHICLE

Select Year...                          Pricing                              Review
                                                                             Pricing

                                                                              **More Results**

Or Search by Category
Or Change ZIP Code

**Selected Equipment**                              **Change Equipment**

**Standard**

Air Conditioning        AM/FM Stereo              Power Seat
Power Steering          Multi Compact Disc        Privacy Glass
Power Windows           Parking Sensors           Running Boards
Power Door Locks        Dual Front Air Bags       Alloy Wheels
Cruise Control          ABS (4-Wheel)

**Blue Book Suggested Retail Value**

Kelley Blue Book Suggested Retail Value is representative of dealers' asking prices for a used car, and the starting point for negotiation between a consumer and a dealer. This Suggested Retail Value assumes that the vehicle has been fully reconditioned and has a clean title history, but has not been certified in accordance with any Certified Pre-Owned (CPO) program the automaker may offer (for which it may or may not qualify, according to factors such as vehicle age and mileage). This value also takes into account the dealers' profit, costs for advertising, sales commissions and other costs of doing business. The final sale price will likely be less depending on the vehicle's actual condition, popularity, type of warranty offered and local market conditions.

**Vehicle Condition Ratings**                    Check Vehicle Title History

**Excellent**

                                                                   **$19,050**

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.

- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

* Nevada 11/18/2009

**Blue Book Retail Value Assumes Excellent Condition**

This value assumes the vehicle has received the cosmetic and/or mechanical reconditioning needed to qualify it as 'Excellent'. This is not a transaction value; it is representative of a dealer's asking price and the starting point for negotiation.