Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No.  ******4476/ Our File No. 09-10-20520

Attorney for Secured Creditor
SunTrust Mortgage, Inc.

ECF FILED ON 12/31/2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

ELIDA REVELES

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 09-28624-BAM

### REQUEST FOR SPECIAL NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING LIST

TO:  **ELIDA REVELES**              DEBTORS
TO:  **Jorge L. Sanchez, Esq.**     ATTORNEY FOR THE DEBTOR(S)
TO:  **Rick A. Yarnall**            CHAPTER 13 TRUSTEE
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

**NOTICE IS HEREBY GIVEN that SunTrust Mortgage, Inc.**, as a Secured Creditor in the above-entitled action requests that the above-captioned address of its attorney of record be added to the master mailing list in this case and that its attorney receive notice of all proceedings in this matter.

Date: December 31, 2009

                                                /s/ Michael W. Chen
                                              Michael W. Chen, Esquire
                                              Attorney for Secured Creditor
                                              SunTrust Mortgage, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby declares and certifies that on December 31, 2009, a copy of the Secured Creditors REQUEST FOR SPECIAL NOTICE was served on the following parties by electronically mailing to:

COUNSEL FOR DEBTOR(S)  
Jorge L. Sanchez, Esq.  
jsanchez@sanchezlawgroup.net

TRUSTEE  
Rick A. Yarnall  
Ray13mail@lasvegas13.com

I declare under penalty of perjury that the foregoing is true and correct.

_____/s/ Yvette Deriada_____  
An employee of THE COOPER CASTLE LAW FIRM