```
 1  WILLIAM G. MALCOLM
    KEVIN HAHN #9821
 2  MALCOLM ♦ CISNEROS, a Law Corporation
    2112 Business Center Drive, Second Floor
 3  Irvine, California 92612
    (949) 252-9400 (TELEPHONE)
 4  (949) 252-1032 (TELECOPIER)
```

 5  **Attorneys for Secured Creditor**,
    **Wells Fargo Bank, N.A.**

 6

 7

 8              **UNITED STATES BANKRUPTCY COURT**

 9            **DISTRICT OF NEVADA, LAS VEGAS DIVISION**

10

11  In re:                          )   Bankruptcy No. 09-28624-bam
                                    )
12  ELIDA REVELES,                  )   Chapter 13
                                    )
13                                  )   **REQUEST FOR SPECIAL NOTICE**
                                    )
14              Debtor(s).          )   (No Hearing Date Required)
                                    )
15  _____)

16         **PLEASE TAKE NOTICE** that WELLS FARGO BANK, N.A., by and

17  through its attorneys of record, MALCOLM ♦ CISNEROS, a Law

18  Corporation, requests, pursuant to Rules 2002 and 9010 of the

19  Federal Rules of Bankruptcy Procedure, that all notices sent in

20  this case and all papers and pleadings filed in this case be

21  served upon the undersigned as follows:

22                      William G. Malcolm, Esq.
                        MALCOLM ♦ CISNEROS, a Law Corporation
23                      2112 Business Center Drive, 2nd Floor
                        Irvine, California 92612
24
    DATED: January 5, 2010     MALCOLM ♦ CISNEROS
25

26                         By:/s/*William G. Malcolm*
                              WILLIAM G. MALCOLM
27                            Attorneys for Secured Creditor,
                              Wells Fargo Bank, N.A.
28

PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On January 6, 2010, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

>    Elida Reveles
>    2366 N. Gateway Rd.
>    Las Vegas, NV 89115
>
>    Jorge L. Sanchez
>    900 S. Fourth St.
>    Suite 100
>    Las Vegas, NV 89101
>
>    Rick A. Yarnall
>    Chapter 13 Trutee
>    701 Bridger Ave., #820
>    Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2010, at Irvine, California.

>    /S/ Gabriela Nieves
>    GABRIELA NIEVES